FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JUN -2 PM 2: 27

LORETTA G. WHYTE
    CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CAMPO MUSIC SHOPPING CENTER CONDOMINIUM ASSOCIATION** | **CIVIL ACTION** |
| **VERSUS** | **NO:    07-05449** |
| **EVANSTON INSURANCE CO.** | **SECTION: "F" (4)** |

## ORDER

The Court, having considered, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and finding, as of this date, no objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

**IT IS THEREFORE ORDERED** that the Plaintiff's **Motion to Fix Attorney's Fees (R. Doc. 16)** is GRANTED. The Plaintiff is hereby awarded attorney's fees in the amount of **$2,825.00**.

New Orleans, Louisiana, this 30TH day of MAY 2008

_____
UNITED STATES DISTRICT JUDGE

___Fee _____
___Process_____
_X_Dktd _____